Marth *v.* Marth.

GEORGE F. CARTER, trustee, respondent,

*v.*

MARY L. K. CARTER et al., appellants,

[Filed August 25th, 1903.]

---

ADELAIDE MARTH, appellant,

*v.*

HENRY MARTH, respondent.

[Filed August 25th, 1903.]

*Mr. Charles E. S. Simpson,* for the appellant.

Milmoe *v.* Murphy.

Per Curiam.

The decree appealed from in this case is affirmed on the opinion filed in the court of chancery.   See *56 Atl. Rep. 1132.*

*For affirmance*—The Chief-Justice, Van Syckel, Dixon, Garrison, Fort, Hendrickson, Pitney, Swayze, Bogert, Vredenburgh, Voorhees, Green—12.

*For reversal*—None.